# Mark R. Caramanica

**From:** FBI.FOIPA.NEGOTIATION <FBI.FOIPA.NEGOTIATION@FBI.GOV>
**Sent:** Wednesday, October 03, 2018 3:18 PM
**To:** Mark R. Caramanica
**Subject:** RE: FOIA Request 1337501-000

Thank you for getting this to me. I will upload into case. A letter will be forthcoming documenting the guidance you've provided for the request to be processed.
Sincerely,
Ms. Wilson

**From:** Mark R. Caramanica [mailto:mcaramanica@tlolawfirm.com]
**Sent:** Wednesday, October 03, 2018 3:15 PM
**To:** FBI.FOIPA.NEGOTIATION <FBI.FOIPA.NEGOTIATION@FBI.GOV>
**Subject:** RE: FOIA Request 1337501-000

Ms. Wilson,

Attached is the authorization letter the FBI has requested.

Regards,

Mark R. Caramanica
Thomas & LoCicero PL
Focused on Business Litigation, Media and IP Law
Member of The National Association of Minority and Women Owned Law Firms, Inc. (NAMWOLF®)

mcaramanica@tlolawfirm.com | tlolawfirm.com

ph: 813.984.3060 | direct: 813.984.3073
fax: 813.984.3070 | toll-free: 866.395.7100
601 South Boulevard, Tampa, FL 33606


Tampa | South Florida

-----Original Message-----
From: FBI.FOIPA.NEGOTIATION [mailto:FBI.FOIPA.NEGOTIATION@FBI.GOV]
Sent: Friday, September 28, 2018 12:15 PM
To: Mark R. Caramanica
Subject: FOIA Request 1337501-000

Good afternoon Mr. Caramanica,

We had spoken last week and confirmed how you wanted this FOIA request to proceed. I then was informed that we had not received documentation which established you as authorized to have proceeded with these discussions. This was mentioned to you when you contacted the Public Information Office. I left a message last week, after your receptionist said you had just left for lunch. I do need this documentation in order to proceed

1

with the request as we discussed on the 21st.

You can respond to this email with the document as an attachment, or fax it to 540-868-4997.

Thank you and do let me know if there is any problem with providing this.

Respectfully,

Ms. Wilson
Negotiation Team
FOIA Support Unit
Information Management Division
Federal Bureau of Investigation
540-868-4894
Status check? Please contact Public Information Officer at foipaquestions@fbi.gov.

Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.



5614 CONNECTICUT AVENUE, NW • SUITE 341 • WASHINGTON DC 20015-2601 • (202) 363-8602 • FAX: (202) 966-5191

October 3, 2018

Ms. Wilson
Negotiation Team FOIA Support Unit
Information Management Division
Federal Bureau of Investigation

RE: FOIA Request No. 1337501-000

Dear Ms. Wilson

SAE Productions authorizes Mark Caramanica of Thomas & LoCicero to act on its behalf regarding the above-referenced FOIA request and to receive responsive documents related to the same.

Sincerely,

Steven Emerson