

U.S. Department of Justice

Federal Bureau of Investigation

Washington, D.C. 20535

October 4, 2018

Mr. Mark R. Caramanica
Thomas & LoCicero, PL
601 South Boulevard
Tampa, FL 33606

FOIPA Request No.: 1337501-000
Subject: Holy Land Foundation Relief and Development

Dear Mr. Caramanica:

Reference is made to your Freedom of Information Act (FOIA) request for FBI records concerning the Holy Land Foundation Relief and Development. This letter will serve to document your email exchange with my representative on September 21, 2018.

My representative explained that your request is currently in the extra-large track of our multi-track backlog of unassigned FOIA requests. This track contains requests for records in excess of 950 pages and assignments from this queue to our FOIA Processing Units are typically delayed for a significant amount of time. My representative indicated that the FBI located approximately 36,055 (the imported records at this time) pages potentially related to your subject and you were offered the opportunity to reduce the scope of your request to accelerate its assignment for processing. Based on that exchange, you agreed to narrow the scope to the 302 forms and search warrants. You were also informed that upon completion of this request, you may submit another request for additional records.

Through negotiation, your request was reduced from an extra-large-track request of 36,055 pages to a medium track request of 593 pages, which will speed the processing time. We certainly appreciate your consideration in this matter and solicit your continued patience.

If you have any further questions, please do not hesitate to contact my representative at 540-868-4894. You may also submit questions via the www.fbi.gov/foia website under "Contact Us." The FOIPA Request Number listed above has been assigned to your request. Please use this number in all correspondence concerning your request.

Sincerely,

David M. Hardy
Section Chief
Record/Information
   Dissemination Section
Information Management Division