# Mark R. Caramanica

| | |
|---|---|
| **From:** | FOIPAQUESTIONS <FOIPAQUESTIONS@FBI.GOV> |
| **Sent:** | Friday, April 05, 2019 2:03 PM |
| **To:** | Mark R. Caramanica |
| **Subject:** | RE: FOIA Request 1337501-000 |

Thank you for your inquiry regarding the status of your Freedom of Information Act/Privacy (FOIPA) request. A review of your request has determined the following:

The request is presently assigned to a Disclosure analyst who is reviewing the records to determine if any redactions are required pursuant to subsections of Title 5, U. S. Code, Section 552 and 552a.

You may check the status of your request online at http://vault.fbi.gov, by clicking on the 'Check Status of Your FOI/PA Request' link on the right side of the page section. Online status reports are updated weekly.

Respectfully,

**Public Information Officer**
Record/Information Dissemination Section (RIDS) FBI-Information Management Division
170 Marcel Drive, Winchester, VA 22602-4843
Direct: (540) 868-4593
Fax: (540) 868-4391
Questions E-mail: foipaquestions@fbi.gov

Do you have further questions about the FOI/PA process? Visit us at http://www.fbi.gov/foia

Please check the status of your request online at https://vault.fbi.gov/fdps-1/@@search-fdps  Status updates are performed on a weekly basis.

**Note: This is a non-emergency email address. If this is an emergency, please call 911 directly. If you need to report a tip for immediate action, please contact FBI Tips at** http://tips.fbi.gov/ **or reach out to your local field office.**

**From:** Mark R. Caramanica [mailto:mcaramanica@tlolawfirm.com]
**Sent:** Tuesday, April 02, 2019 10:03 AM
**To:** FBI.FOIPA.NEGOTIATION <FBI.FOIPA.NEGOTIATION@FBI.GOV>
**Subject:** RE: FOIA Request 1337501-000

Good morning, Ms. Wilson.

We are again looking for a status update and hope the FBI's review of responsive materials is complete. Please let me know how much longer we will have to wait for a response. This request continues to drag out.

Thanks,

**Mark R. Caramanica**
Thomas & LoCicero PL
*Focused on Business Litigation, Media and IP Law*
*Member of The National Association of Minority and Women Owned Law Firms, Inc. (NAMWOLF®)*

mcaramanica@tlolawfirm.com | tlolawfirm.com

1

ph: 813.984.3060 | direct: 813.984.3073
fax: 813.984.3070 | toll-free: 866.395.7100
601 South Boulevard, Tampa, FL 33606



Tampa | South Florida

**From:** Mark R. Caramanica
**Sent:** Tuesday, February 05, 2019 10:49 AM
**To:** 'FBI.FOIPA.NEGOTIATION'
**Subject:** RE: FOIA Request 1337501-000

Good morning, Ms. Wilson.

Any updates this week? We are eager to get records.

Thanks.

**Mark R. Caramanica**
Thomas & LoCicero PL
*Focused on Business Litigation, Media and IP Law*
*Member of The National Association of Minority and Women Owned Law Firms, Inc. (NAMWOLF®)*

mcaramanica@tlolawfirm.com | tlolawfirm.com

ph: 813.984.3060 | direct: 813.984.3073
fax: 813.984.3070 | toll-free: 866.395.7100
601 South Boulevard, Tampa, FL 33606



Tampa | South Florida

**From:** FBI.FOIPA.NEGOTIATION [mailto:FBI.FOIPA.NEGOTIATION@FBI.GOV]
**Sent:** Tuesday, January 29, 2019 7:50 AM
**To:** Mark R. Caramanica
**Subject:** RE: FOIA Request 1337501-000

Good morning Mr. Caramanica,

I don't have any new update to provide you. All activities ceased on any requests once the shutdown started. I will keep checking on your request weekly.
Sincerely,
Ms. Wilson

**From:** Mark R. Caramanica [mailto:mcaramanica@tlolawfirm.com]
**Sent:** Monday, January 28, 2019 2:26 PM
**To:** FBI.FOIPA.NEGOTIATION <FBI.FOIPA.NEGOTIATION@FBI.GOV>
**Subject:** RE: FOIA Request 1337501-000

Good afternoon, Ms. Wilson.

Following up again on the status of this request now that the shutdown has concluded.

Thanks,

**Mark R. Caramanica**
Thomas & LoCicero PL
*Focused on Business Litigation, Media and IP Law*
*Member of The National Association of Minority and Women Owned Law Firms, Inc. (NAMWOLF®)*

mcaramanica@tlolawfirm.com | tlolawfirm.com

ph: 813.984.3060 | direct: 813.984.3073
fax: 813.984.3070 | toll-free: 866.395.7100
601 South Boulevard, Tampa, FL 33606



Tampa | South Florida

---

**From:** FBI.FOIPA.NEGOTIATION [mailto:FBI.FOIPA.NEGOTIATION@FBI.GOV]
**Sent:** Wednesday, December 19, 2018 10:55 AM
**To:** Mark R. Caramanica
**Subject:** RE: FOIA Request 1337501-000

Good morning,

I just checked on the status yesterday morning and it is still in the hands of the processing team. Thank you for following up. Let's hope the beginning of the year I will have more to say than my standard line here.

Your continued patience is appreciated.
Sincerely,
Ms. Wilson

**From:** Mark R. Caramanica [mailto:mcaramanica@tlolawfirm.com]
**Sent:** Wednesday, December 19, 2018 9:57 AM
**To:** FBI.FOIPA.NEGOTIATION <FBI.FOIPA.NEGOTIATION@FBI.GOV>
**Subject:** RE: FOIA Request 1337501-000

Dear Ms. Wilson,

Checking in on status. Thanks, and Happy Holidays.

**Mark R. Caramanica**
Thomas & LoCicero PL
*Focused on Business Litigation, Media and IP Law*
*Member of The National Association of Minority and Women Owned Law Firms, Inc. (NAMWOLF®)*

mcaramanica@tlolawfirm.com | tlolawfirm.com

ph: 813.984.3060 | direct: 813.984.3073
fax: 813.984.3070 | toll-free: 866.395.7100
601 South Boulevard, Tampa, FL 33606



Tampa | South Florida

---

**From:** FBI.FOIPA.NEGOTIATION [mailto:FBI.FOIPA.NEGOTIATION@FBI.GOV]
**Sent:** Thursday, November 29, 2018 12:01 PM
**To:** Mark R. Caramanica
**Subject:** RE: FOIA Request 1337501-000

Good morning Mr. Caramanica,

I cannot give you an exact date for the release of the material. The FOIA team handling your request entails not just the processing but a review stage also. I will note on my calendar to check your request weekly and will send you an email as soon as I see it is ready to be released.

I wish I could provide you with a definitive date; but that is not possible.

Respectfully,
Ms. Wilson

**From:** Mark R. Caramanica [mailto:mcaramanica@tlolawfirm.com]
**Sent:** Thursday, November 29, 2018 10:59 AM
**To:** FBI.FOIPA.NEGOTIATION <FBI.FOIPA.NEGOTIATION@FBI.GOV>
**Subject:** RE: FOIA Request 1337501-000

Good morning, Ms. Wilson.

Can you please provide a status update on when records will be disclosed? I understand they were in processing as of about two weeks ago.

Thank you.

**Mark R. Caramanica**
Thomas & LoCicero PL
*Focused on Business Litigation, Media and IP Law*
*Member of The National Association of Minority and Women Owned Law Firms, Inc. (NAMWOLF®)*

mcaramanica@tlolawfirm.com | tlolawfirm.com

ph: 813.984.3060 | direct: 813.984.3073
fax: 813.984.3070 | toll-free: 866.395.7100
601 South Boulevard, Tampa, FL 33606



Tampa | South Florida

**From:** Mark R. Caramanica
**Sent:** Thursday, November 15, 2018 12:03 PM
**To:** 'FBI.FOIPA.NEGOTIATION'
**Subject:** RE: FOIA Request 1337501-000

Ms. Wilson,

Following up again on the below. Please give me a call to discuss.

Thank you.

**Mark R. Caramanica**
Thomas & LoCicero PL
*Focused on Business Litigation, Media and IP Law*
*Member of The National Association of Minority and Women Owned Law Firms, Inc. (NAMWOLF®)*

mcaramanica@tlolawfirm.com | tlolawfirm.com

ph: 813.984.3060 | direct: 813.984.3073
fax: 813.984.3070 | toll-free: 866.395.7100

601 South Boulevard, Tampa, FL 33606



Tampa | South Florida

**From:** Mark R. Caramanica
**Sent:** Tuesday, November 13, 2018 12:24 PM
**To:** 'FBI.FOIPA.NEGOTIATION'
**Subject:** RE: FOIA Request 1337501-000

Ms. Wilson,

I wanted to follow up on the voicemail I just left you. Please give me a call about the 302s which were set to be disclosed.

Thanks you and I look forward to hearing from you soon.

-Mark

**Mark R. Caramanica**
Thomas & LoCicero PL
*Focused on Business Litigation, Media and IP Law*
*Member of The National Association of Minority and Women Owned Law Firms, Inc. (NAMWOLF®)*

mcaramanica@tlolawfirm.com | tlolawfirm.com

ph: 813.984.3060 | direct: 813.984.3073
fax: 813.984.3070 | toll-free: 866.395.7100
601 South Boulevard, Tampa, FL 33606



Tampa | South Florida

**From:** Mark R. Caramanica
**Sent:** Wednesday, October 24, 2018 5:23 PM
**To:** 'FBI.FOIPA.NEGOTIATION'
**Subject:** RE: FOIA Request 1337501-000

Ms. Wilson,

Following up again o when we can expect the 302 production.

Thanks,

**Mark R. Caramanica**
Thomas & LoCicero PL
*Focused on Business Litigation, Media and IP Law*
*Member of The National Association of Minority and Women Owned Law Firms, Inc. (NAMWOLF®)*

mcaramanica@tlolawfirm.com | tlolawfirm.com

ph: 813.984.3060 | direct: 813.984.3073
fax: 813.984.3070 | toll-free: 866.395.7100
601 South Boulevard, Tampa, FL 33606



Tampa | South Florida

**From:** Mark R. Caramanica
**Sent:** Tuesday, October 09, 2018 2:06 PM
**To:** 'FBI.FOIPA.NEGOTIATION'
**Subject:** RE: FOIA Request 1337501-000

Ms. Wilson,

Checking in to see when we will be getting the 302s you mentioned were ready for production. They can be sent to me now that you have the authorization letter.

Thanks for your ongoing assistance,

Mark

**Mark R. Caramanica**
Thomas & LoCicero PL
*Focused on Business Litigation, Media and IP Law*
*Member of The National Association of Minority and Women Owned Law Firms, Inc. (NAMWOLF®)*

mcaramanica@tlolawfirm.com | tlolawfirm.com

ph: 813.984.3060 | direct: 813.984.3073
fax: 813.984.3070 | toll-free: 866.395.7100
601 South Boulevard, Tampa, FL 33606



Tampa | South Florida

---

**From:** FBI.FOIPA.NEGOTIATION [mailto:FBI.FOIPA.NEGOTIATION@FBI.GOV]
**Sent:** Wednesday, October 03, 2018 3:18 PM
**To:** Mark R. Caramanica
**Subject:** RE: FOIA Request 1337501-000

Thank you for getting this to me. I will upload into case. A letter will be forthcoming documenting the guidance you've provided for the request to be processed.
Sincerely,
Ms. Wilson

**From:** Mark R. Caramanica [mailto:mcaramanica@tlolawfirm.com]
**Sent:** Wednesday, October 03, 2018 3:15 PM
**To:** FBI.FOIPA.NEGOTIATION <FBI.FOIPA.NEGOTIATION@FBI.GOV>
**Subject:** RE: FOIA Request 1337501-000

Ms. Wilson,

Attached is the authorization letter the FBI has requested.

Regards,

Mark R. Caramanica
Thomas & LoCicero PL
Focused on Business Litigation, Media and IP Law
Member of The National Association of Minority and Women Owned Law Firms, Inc. (NAMWOLF®)

mcaramanica@tlolawfirm.com | tlolawfirm.com

ph: 813.984.3060 | direct: 813.984.3073
fax: 813.984.3070 | toll-free: 866.395.7100
601 South Boulevard, Tampa, FL 33606

Tampa | South Florida

-----Original Message-----
From: FBI.FOIPA.NEGOTIATION [mailto:FBI.FOIPA.NEGOTIATION@FBI.GOV]
Sent: Friday, September 28, 2018 12:15 PM
To: Mark R. Caramanica
Subject: FOIA Request 1337501-000

Good afternoon Mr. Caramanica,

We had spoken last week and confirmed how you wanted this FOIA request to proceed. I then was informed that we had not received documentation which established you as authorized to have proceeded with these discussions. This was mentioned to you when you contacted the Public Information Office. I left a message last week, after your receptionist said you had just left for lunch. I do need this documentation in order to proceed with the request as we discussed on the 21st.

You can respond to this email with the document as an attachment, or fax it to 540-868-4997.

Thank you and do let me know if there is any problem with providing this.

Respectfully,

Ms. Wilson
Negotiation Team
FOIA Support Unit
Information Management Division
Federal Bureau of Investigation
540-868-4894
Status check? Please contact Public Information Officer at foipaquestions@fbi.gov.

Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or

taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

## Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

## Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

## Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.