# Mark R. Caramanica

**From:** FOIPAQUESTIONS <FOIPAQUESTIONS@FBI.GOV>
**Sent:** Monday, December 30, 2019 12:22 PM
**To:** Mark R. Caramanica
**Subject:** RE: FOIA Request 1337501-000

The updated estimated date of completion for this request is February 2020.

Respectfully,

**Public Information Officer**
Record/Information Dissemination Section (RIDS) FBI-Information Management Division
170 Marcel Drive, Winchester, VA 22602-4843
Direct: (540) 868-4593
Fax: (540) 868-4391
Questions E-mail: foipaquestions@fbi.gov

Do you have further questions about the FOI/PA process? Visit us at http://www.fbi.gov/foia

Please check the status of your request online at https://vault.fbi.gov/fdps-1/@@search-fdps Status updates are performed on a weekly basis.

**Note: This is a non-emergency email address. If this is an emergency, please call 911 directly. If you need to report a tip for immediate action, please contact FBI Tips at http://tips.fbi.gov/ or reach out to your local field office.**

**From:** FOIPAQUESTIONS
**Sent:** Monday, December 30, 2019 11:52 AM
**To:** Mark R. Caramanica <mcaramanica@tlolawfirm.com>
**Subject:** RE: FOIA Request 1337501-000

Dear Mr. Caramanica,

Thank you for contacting foipaquestions@fbi.gov. I will provide you with an updated estimated date of completion once received from the assigned analyst. Your continued patience is appreciated.

Respectfully,

**Public Information Officer**
Record/Information Dissemination Section (RIDS) FBI-Information Management Division
170 Marcel Drive, Winchester, VA 22602-4843
Direct: (540) 868-4593

1

Fax: (540) 868-4391
Questions E-mail: foipaquestions@fbi.gov

Do you have further questions about the FOI/PA process? Visit us at http://www.fbi.gov/foia

Please check the status of your request online at https://vault.fbi.gov/fdps-1/@@search-fdps Status updates are performed on a weekly basis.

**Note: This is a non-emergency email address. If this is an emergency, please call 911 directly. If you need to report a tip for immediate action, please contact FBI Tips at http://tips.fbi.gov/ or reach out to your local field office.**

From: Mark R. Caramanica [mailto:mcaramanica@tlolawfirm.com]
Sent: Monday, December 30, 2019 10:22 AM
To: FOIPAQUESTIONS <FOIPAQUESTIONS@FBI.GOV>
Subject: RE: FOIA Request 1337501-000

I inquired with Ms. Wilson today about this request (left voicemail) and still have not received any acknowledgment of my various correspondence this month. Will the FBI be making the December deadline for disclosure it promised? We have been extremely patient in waiting for these records.

Please immediately advise.

**Mark R. Caramanica**
Thomas & LoCicero PL
*Focused on Business Litigation, Media and IP Law*
*Member of The National Association of Minority and Women Owned Law Firms, Inc. (NAMWOLF®)*

mcaramanica@tlolawfirm.com | tlolawfirm.com

ph: 813.984.3060 | direct: 813.984.3073
fax: 813.984.3070 | toll-free: 866.395.7100
601 South Boulevard, Tampa, FL 33606


Tampa | South Florida

From: Mark R. Caramanica
Sent: Thursday, December 26, 2019 9:57 AM
To: 'FOIPAQUESTIONS' <FOIPAQUESTIONS@FBI.GOV>
Subject: RE: FOIA Request 1337501-000

Dear Sir/Madam:

I am again following up on my below messages from December 10 and December 17. One month ago we were told that disclosure was still on track for December. Please confirm disclosure will occur before the end of the month.

Thank you.

**Mark R. Caramanica**
Thomas & LoCicero PL
*Focused on Business Litigation, Media and IP Law*
*Member of The National Association of Minority and Women Owned Law Firms, Inc. (NAMWOLF®)*

mcaramanica@tlolawfirm.com | tlolawfirm.com

ph: 813.984.3060 | direct: 813.984.3073
fax: 813.984.3070 | toll-free: 866.395.7100
601 South Boulevard, Tampa, FL 33606


Tampa | South Florida

**From:** Mark R. Caramanica
**Sent:** Tuesday, December 17, 2019 10:46 AM
**To:** FOIPAQUESTIONS <FOIPAQUESTIONS@FBI.GOV>
**Subject:** RE: FOIA Request 1337501-000

Dear Sir/Madam:

Following up on my below message. Please advise when we can expect a disclosure this month.

Thank you.

**Mark R. Caramanica**
Thomas & LoCicero PL
*Focused on Business Litigation, Media and IP Law*
*Member of The National Association of Minority and Women Owned Law Firms, Inc. (NAMWOLF®)*

mcaramanica@tlolawfirm.com | tlolawfirm.com

ph: 813.984.3060 | direct: 813.984.3073
fax: 813.984.3070 | toll-free: 866.395.7100
601 South Boulevard, Tampa, FL 33606


Tampa | South Florida

**From:** Mark R. Caramanica
**Sent:** Tuesday, December 10, 2019 11:48 AM
**To:** FOIPAQUESTIONS <FOIPAQUESTIONS@FBI.GOV>
**Subject:** RE: FOIA Request 1337501-000

Thank you for the response. Now that it is December please let me know when we will be receiving the records.

Yours,

**Mark R. Caramanica**
Thomas & LoCicero PL
*Focused on Business Litigation, Media and IP Law*
*Member of The National Association of Minority and Women Owned Law Firms, Inc. (NAMWOLF®)*

mcaramanica@tlolawfirm.com | tlolawfirm.com

ph: 813.984.3060 | direct: 813.984.3073
fax: 813.984.3070 | toll-free: 866.395.7100
601 South Boulevard, Tampa, FL 33606


Tampa | South Florida

**From:** FOIPAQUESTIONS <FOIPAQUESTIONS@FBI.GOV>
**Sent:** Tuesday, November 26, 2019 9:51 AM
**To:** Mark R. Caramanica <mcaramanica@tlolawfirm.com>
**Subject:** RE: FOIA Request 1337501-000

Dear Mr. Caramanica,

Thank you for your email. This request is still estimated for completion in December 2019.

Respectfully,

**Public Information Officer**
Record/Information Dissemination Section (RIDS) FBI-Information Management Division
170 Marcel Drive, Winchester, VA 22602-4843
Direct: (540) 868-4593
Fax: (540) 868-4391
Questions E-mail: foipaquestions@fbi.gov

Do you have further questions about the FOI/PA process? Visit us at http://www.fbi.gov/foia

Please check the status of your request online at https://vault.fbi.gov/fdps-1/@@search-fdps Status updates are performed on a weekly basis.

**Note: This is a non-emergency email address. If this is an emergency, please call 911 directly. If you need to report a tip for immediate action, please contact FBI Tips at http://tips.fbi.gov/ or reach out to your local field office.**

**From:** Mark R. Caramanica [mailto:mcaramanica@tlolawfirm.com]
**Sent:** Tuesday, November 26, 2019 8:56 AM
**To:** FOIPAQUESTIONS <FOIPAQUESTIONS@FBI.GOV>
**Subject:** RE: FOIA Request 1337501-000

Dear Sir/Madam:

I am following up on the below request to confirm we can expect a disclosure next month. Please confirm this is so.

Thank you.

**Mark R. Caramanica**
Thomas & LoCicero PL
*Focused on Business Litigation, Media and IP Law*
*Member of The National Association of Minority and Women Owned Law Firms, Inc. (NAMWOLF®)*

mcaramanica@tlolawfirm.com | tlolawfirm.com

ph: 813.984.3060 | direct: 813.984.3073
fax: 813.984.3070 | toll-free: 866.395.7100
601 South Boulevard, Tampa, FL 33606



**From:** FOIPAQUESTIONS <FOIPAQUESTIONS@FBI.GOV>
**Sent:** Friday, September 06, 2019 11:36 AM
**To:** Mark R. Caramanica <mcaramanica@tlolawfirm.com>
**Subject:** RE: FOIA Request 1337501-000

Dear Mr. Caramanica,

The request is presently assigned to a Disclosure analyst who is reviewing the records to determine if any redactions are required pursuant to subsections of Title 5, U. S. Code, Section 552 and 552a. Through negotiation, your request was reduced to a medium track request of approximately 593 pages via email in September 2018. This moved your request from the extra-large processing track to the medium processing track which speeds processing time. The referenced authorization from October 3, 2018 was for authorization for you to act on the behalf of SAE Productions in reference to this request. This enabled our program to coordinate our negotiation efforts with you and for a response to be sent to you upon completion of this request. This authorization is on file and upon completion, currently estimated for December 2019, the response will be sent to you.

You may continue to check the status of your request online at http://vault.fbi.gov, by clicking on the 'Check Status of Your FOI/PA Request' link on the right side of the page section. Online status reports are updated weekly.

Respectfully,

**Public Information Officer**
Record/Information Dissemination Section (RIDS) FBI-Information Management Division
170 Marcel Drive, Winchester, VA 22602-4843
Direct: (540) 868-4593
Fax: (540) 868-4391
Questions E-mail: foipaquestions@fbi.gov

Do you have further questions about the FOI/PA process? Visit us at http://www.fbi.gov/foia

Please check the status of your request online at https://vault.fbi.gov/fdps-1/@@search-fdps Status updates are performed on a weekly basis.

**Note: This is a non-emergency email address. If this is an emergency, please call 911 directly. If you need to report a tip for immediate action, please contact FBI Tips at http://tips.fbi.gov/ or reach out to your local field office.**

**From:** Mark R. Caramanica [mailto:mcaramanica@tlolawfirm.com]
**Sent:** Friday, September 06, 2019 11:23 AM
**To:** FOIPAQUESTIONS <FOIPAQUESTIONS@FBI.GOV>
**Subject:** RE: FOIA Request 1337501-000

What is the exact status of the request? Is the review confined to 593 pages or have additional records been located that need to be reviewed? How many pages of the request have been reviewed to date? We were told last year that

302s were ready for production and that the FBI needed my client's authorization to release the records to me, which I provided.

It seems at least some records are ready. They should be released now.

**Mark R. Caramanica**
Thomas & LoCicero PL
*Focused on Business Litigation, Media and IP Law*
*Member of The National Association of Minority and Women Owned Law Firms, Inc. (NAMWOLF®)*

mcaramanica@tlolawfirm.com | tlolawfirm.com

ph: 813.984.3060 | direct: 813.984.3073
fax: 813.984.3070 | toll-free: 866.395.7100
601 South Boulevard, Tampa, FL 33606



Tampa | South Florida

---

**From:** FOIPAQUESTIONS <FOIPAQUESTIONS@FBI.GOV>
**Sent:** Friday, September 06, 2019 11:19 AM
**To:** Mark R. Caramanica <mcaramanica@tlolawfirm.com>
**Subject:** RE: FOIA Request 1337501-000

Dear Mr. Caramanica,

You're welcome. Our prior estimated date of completion was based on the best data we had at the time and represented the median processing time for the size of the track that request was being processed in.

Respectfully,



**Public Information Officer**
Record/Information Dissemination Section (RIDS) FBI-Information Management Division
170 Marcel Drive, Winchester, VA 22602-4843
Direct: (540) 868-4593
Fax: (540) 868-4391
Questions E-mail: foipaquestions@fbi.gov

Do you have further questions about the FOI/PA process? Visit us at http://www.fbi.gov/foia

Please check the status of your request online at https://vault.fbi.gov/fdps-1/@@search-fdps Status updates are performed on a weekly basis.

**Note: This is a non-emergency email address. If this is an emergency, please call 911 directly. If you need to report a tip for immediate action, please contact FBI Tips at http://tips.fbi.gov/ or reach out to your local field office.**

**From:** Mark R. Caramanica [mailto:mcaramanica@tlolawfirm.com]
**Sent:** Friday, September 06, 2019 11:13 AM

**To:** FOIPAQUESTIONS <FOIPAQUESTIONS@FBI.GOV>
**Subject:** RE: FOIA Request 1337501-000

Thank you for the reply. It is our understanding that approximately 593 pages of records were identified in October of least year, after our client significantly narrowed the original request. We were then told late last year that various 302s were ready for release. We have received not a single page of records from a request that was initiated years ago. Now we are once again being told to wait.

This continued delay is unacceptable and unlawful under FOIA. We demand that the FBI immediately release all records that have been thus far reviewed from the 593 and provide the remaining, as promised, this month.

Awaiting your response,

**Mark R. Caramanica**
Thomas & LoCicero PL
*Focused on Business Litigation, Media and IP Law*
*Member of The National Association of Minority and Women Owned Law Firms, Inc. (NAMWOLF®)*

mcaramanica@tlolawfirm.com | tlolawfirm.com

ph: 813.984.3060 | direct: 813.984.3073
fax: 813.984.3070 | toll-free: 866.395.7100
601 South Boulevard, Tampa, FL 33606



Tampa | South Florida

**From:** FOIPAQUESTIONS <FOIPAQUESTIONS@FBI.GOV>
**Sent:** Friday, September 06, 2019 11:03 AM
**To:** Mark R. Caramanica <mcaramanica@tlolawfirm.com>
**Subject:** RE: FOIA Request 1337501-000

Dear Mr. Caramanica,

Our prior estimated date of completion was based on the best data we had at the time and represented the median processing time for the size of the track that request was being processed in. Requests are processed in the order in which they are received through our multi-track system. Simple track requests (under 50 pages) require the least amount of time to process. Generally, the more potentially responsive pages a request has, the more complex it becomes and the longer it takes to process. Please remember that the FBI receives a voluminous amount of requests on a daily, weekly, monthly, and annual basis.

Your updated estimated date of completion is December 2019.

Respectfully,

**Public Information Officer**
Record/Information Dissemination Section (RIDS) FBI-Information Management Division
170 Marcel Drive, Winchester, VA 22602-4843
Direct: (540) 868-4593
Fax: (540) 868-4391
Questions E-mail: foipaquestions@fbi.gov

Do you have further questions about the FOI/PA process? Visit us at http://www.fbi.gov/foia

Please check the status of your request online at https://vault.fbi.gov/fdps-1/@@search-fdps Status updates are performed on a weekly basis.

**Note: This is a non-emergency email address. If this is an emergency, please call 911 directly. If you need to report a tip for immediate action, please contact FBI Tips at http://tips.fbi.gov/ or reach out to your local field office.**

**From:** Mark R. Caramanica [mailto:mcaramanica@tlolawfirm.com]
**Sent:** Wednesday, September 04, 2019 2:10 PM
**To:** FOIPAQUESTIONS <FOIPAQUESTIONS@FBI.GOV>
**Subject:** RE: FOIA Request 1337501-000

Good afternoon,

Following up on the below message. Please advise as to status.

Thank you.

**Mark R. Caramanica**
Thomas & LoCicero PL
*Focused on Business Litigation, Media and IP Law*
*Member of The National Association of Minority and Women Owned Law Firms, Inc. (NAMWOLF®)*

mcaramanica@tlolawfirm.com | tlolawfirm.com

ph: 813.984.3060 | direct: 813.984.3073
fax: 813.984.3070 | toll-free: 866.395.7100
601 South Boulevard, Tampa, FL 33606



Tampa | South Florida

**From:** Mark R. Caramanica
**Sent:** Tuesday, September 03, 2019 9:08 AM
**To:** FOIPAQUESTIONS <FOIPAQUESTIONS@FBI.GOV>
**Subject:** RE: FOIA Request 1337501-000

Good morning,

Following up on this request. Please provide an update on when we can expect disclosure this month.

Thank you,

**Mark R. Caramanica**
Thomas & LoCicero PL
*Focused on Business Litigation, Media and IP Law*
*Member of The National Association of Minority and Women Owned Law Firms, Inc. (NAMWOLF®)*

mcaramanica@tlolawfirm.com | tlolawfirm.com

ph: 813.984.3060 | direct: 813.984.3073
fax: 813.984.3070 | toll-free: 866.395.7100
601 South Boulevard, Tampa, FL 33606


Tampa | South Florida

**From:** FOIPAQUESTIONS <FOIPAQUESTIONS@FBI.GOV>
**Sent:** Wednesday, July 24, 2019 11:05 AM
**To:** Mark R. Caramanica <mcaramanica@tlolawfirm.com>
**Subject:** RE: FOIA Request 1337501-000

Good Morning,

Thank you for contacting foipaquestions@fbi.gov. We've spoken to the analyst assigned to this request and are expecting a release in September 2019.

Respectfully,

**Public Information Officer**
Record/Information Dissemination Section (RIDS) FBI-Information Management Division
170 Marcel Drive, Winchester, VA 22602-4843
Direct: (540) 868-4593
Fax: (540) 868-4391
Questions E-mail: foipaquestions@fbi.gov

Do you have further questions about the FOI/PA process? Visit us at http://www.fbi.gov/foia

Please check the status of your request online at https://vault.fbi.gov/fdps-1/@@search-fdps Status updates are performed on a weekly basis.

**Note: This is a non-emergency email address. If this is an emergency, please call 911 directly. If you need to report a tip for immediate action, please contact FBI Tips at http://tips.fbi.gov/ or reach out to your local field office.**

**From:** Mark R. Caramanica [mailto:mcaramanica@tlolawfirm.com]
**Sent:** Tuesday, July 23, 2019 1:04 PM
**To:** FBI.FOIPA.NEGOTIATION <FBI.FOIPA.NEGOTIATION@FBI.GOV>
**Subject:** Fwd: FOIA Request 1337501-000

Ms. Wilson,

We are checking in again on this request.

The FBI has continually advised us that records were being processed and we could expect a disclosure soon.

We still have received no responsive records.

We have been more than patient with this request.

Please advise.

Thank you.

Mark Caramanica

Begin forwarded message:

**From:** "Mark R. Caramanica" <mcaramanica@tlolawfirm.com>
**Date:** February 5, 2019 at 8:48:45 AM MST
**To:** FBI.FOIPA.NEGOTIATION <FBI.FOIPA.NEGOTIATION@FBI.GOV>
**Subject: RE: FOIA Request 1337501-000**

Good morning, Ms. Wilson.

Any updates this week? We are eager to get records.

Thanks.

**Mark R. Caramanica**
Thomas & LoCicero PL
*Focused on Business Litigation, Media and IP Law*
*Member of The National Association of Minority and Women Owned Law Firms, Inc. (NAMWOLF®)*

mcaramanica@tlolawfirm.com | tlolawfirm.com

ph: 813.984.3060 | direct: 813.984.3073
fax: 813.984.3070 | toll-free: 866.395.7100
601 South Boulevard, Tampa, FL 33606



Tampa | South Florida

**From:** FBI.FOIPA.NEGOTIATION [mailto:FBI.FOIPA.NEGOTIATION@FBI.GOV]
**Sent:** Tuesday, January 29, 2019 7:50 AM
**To:** Mark R. Caramanica
**Subject:** RE: FOIA Request 1337501-000

Good morning Mr. Caramanica,

I don't have any new update to provide you. All activities ceased on any requests once the shutdown started. I will keep checking on your request weekly.
Sincerely,
Ms. Wilson

**From:** Mark R. Caramanica [mailto:mcaramanica@tlolawfirm.com]
**Sent:** Monday, January 28, 2019 2:26 PM
**To:** FBI.FOIPA.NEGOTIATION <FBI.FOIPA.NEGOTIATION@FBI.GOV>
**Subject:** RE: FOIA Request 1337501-000

Good afternoon, Ms. Wilson.

Following up again on the status of this request now that the shutdown has concluded.

Thanks,

**Mark R. Caramanica**
Thomas & LoCicero PL
*Focused on Business Litigation, Media and IP Law*
*Member of The National Association of Minority and Women Owned Law Firms, Inc. (NAMWOLF®)*

mcaramanica@tlolawfirm.com | tlolawfirm.com

ph: 813.984.3060 | direct: 813.984.3073
fax: 813.984.3070 | toll-free: 866.395.7100
601 South Boulevard, Tampa, FL 33606


Tampa | South Florida

**From:** FBI.FOIPA.NEGOTIATION [mailto:FBI.FOIPA.NEGOTIATION@FBI.GOV]
**Sent:** Wednesday, December 19, 2018 10:55 AM
**To:** Mark R. Caramanica
**Subject:** RE: FOIA Request 1337501-000

Good morning,

I just checked on the status yesterday morning and it is still in the hands of the processing team. Thank you for following up. Let's hope the beginning of the year I will have more to say than my standard line here.

Your continued patience is appreciated.
Sincerely,
Ms. Wilson

**From:** Mark R. Caramanica [mailto:mcaramanica@tlolawfirm.com]
**Sent:** Wednesday, December 19, 2018 9:57 AM
**To:** FBI.FOIPA.NEGOTIATION <FBI.FOIPA.NEGOTIATION@FBI.GOV>
**Subject:** RE: FOIA Request 1337501-000

Dear Ms. Wilson,

Checking in on status. Thanks, and Happy Holidays.

**Mark R. Caramanica**
Thomas & LoCicero PL
*Focused on Business Litigation, Media and IP Law*
*Member of The National Association of Minority and Women Owned Law Firms, Inc. (NAMWOLF®)*

mcaramanica@tlolawfirm.com | tlolawfirm.com

ph: 813.984.3060 | direct: 813.984.3073
fax: 813.984.3070 | toll-free: 866.395.7100
601 South Boulevard, Tampa, FL 33606


Tampa | South Florida

**From:** FBI.FOIPA.NEGOTIATION [mailto:FBI.FOIPA.NEGOTIATION@FBI.GOV]
**Sent:** Thursday, November 29, 2018 12:01 PM

**To:** Mark R. Caramanica
**Subject:** RE: FOIA Request 1337501-000

Good morning Mr. Caramanica,

I cannot give you an exact date for the release of the material. The FOIA team handling your request entails not just the processing but a review stage also. I will note on my calendar to check your request weekly and will send you an email as soon as I see it is ready to be released.

I wish I could provide you with a definitive date; but that is not possible.

Respectfully,
Ms. Wilson

---

**From:** Mark R. Caramanica [mailto:mcaramanica@tlolawfirm.com]
**Sent:** Thursday, November 29, 2018 10:59 AM
**To:** FBI.FOIPA.NEGOTIATION <FBI.FOIPA.NEGOTIATION@FBI.GOV>
**Subject:** RE: FOIA Request 1337501-000

Good morning, Ms. Wilson.

Can you please provide a status update on when records will be disclosed? I understand they were in processing as of about two weeks ago.

Thank you.

**Mark R. Caramanica**
Thomas & LoCicero PL
*Focused on Business Litigation, Media and IP Law*
*Member of The National Association of Minority and Women Owned Law Firms, Inc. (NAMWOLF®)*

mcaramanica@tlolawfirm.com | tlolawfirm.com

ph: 813.984.3060 | direct: 813.984.3073
fax: 813.984.3070 | toll-free: 866.395.7100
601 South Boulevard, Tampa, FL 33606



Tampa | South Florida

---

**From:** Mark R. Caramanica
**Sent:** Thursday, November 15, 2018 12:03 PM
**To:** 'FBI.FOIPA.NEGOTIATION'
**Subject:** RE: FOIA Request 1337501-000

Ms. Wilson,

Following up again on the below. Please give me a call to discuss.

Thank you.

**Mark R. Caramanica**
Thomas & LoCicero PL
*Focused on Business Litigation, Media and IP Law*

Member of The National Association of Minority and Women Owned Law Firms, Inc. (NAMWOLF®)

mcaramanica@tlolawfirm.com | tlolawfirm.com

ph: 813.984.3060 | direct: 813.984.3073
fax: 813.984.3070 | toll-free: 866.395.7100
601 South Boulevard, Tampa, FL 33606



Tampa | South Florida

---

**From:** Mark R. Caramanica
**Sent:** Tuesday, November 13, 2018 12:24 PM
**To:** 'FBI.FOIPA.NEGOTIATION'
**Subject:** RE: FOIA Request 1337501-000

Ms. Wilson,

I wanted to follow up on the voicemail I just left you. Please give me a call about the 302s which were set to be disclosed.

Thanks you and I look forward to hearing from you soon.

-Mark

**Mark R. Caramanica**
Thomas & LoCicero PL
*Focused on Business Litigation, Media and IP Law*
*Member of The National Association of Minority and Women Owned Law Firms, Inc. (NAMWOLF®)*

mcaramanica@tlolawfirm.com | tlolawfirm.com

ph: 813.984.3060 | direct: 813.984.3073
fax: 813.984.3070 | toll-free: 866.395.7100
601 South Boulevard, Tampa, FL 33606



Tampa | South Florida

---

**From:** Mark R. Caramanica
**Sent:** Wednesday, October 24, 2018 5:23 PM
**To:** 'FBI.FOIPA.NEGOTIATION'
**Subject:** RE: FOIA Request 1337501-000

Ms. Wilson,

Following up again o when we can expect the 302 production.

Thanks,

**Mark R. Caramanica**
Thomas & LoCicero PL
*Focused on Business Litigation, Media and IP Law*
*Member of The National Association of Minority and Women Owned Law Firms, Inc. (NAMWOLF®)*

mcaramanica@tlolawfirm.com | tlolawfirm.com

ph: 813.984.3060 | direct: 813.984.3073
fax: 813.984.3070 | toll-free: 866.395.7100
601 South Boulevard, Tampa, FL 33606



Tampa | South Florida

**From:** Mark R. Caramanica
**Sent:** Tuesday, October 09, 2018 2:06 PM
**To:** 'FBI.FOIPA.NEGOTIATION'
**Subject:** RE: FOIA Request 1337501-000

Ms. Wilson,

Checking in to see when we will be getting the 302s you mentioned were ready for production. They can be sent to me now that you have the authorization letter.

Thanks for your ongoing assistance,

Mark

**Mark R. Caramanica**
Thomas & LoCicero PL
*Focused on Business Litigation, Media and IP Law*
*Member of The National Association of Minority and Women Owned Law Firms, Inc. (NAMWOLF®)*

mcaramanica@tlolawfirm.com | tlolawfirm.com

ph: 813.984.3060 | direct: 813.984.3073
fax: 813.984.3070 | toll-free: 866.395.7100
601 South Boulevard, Tampa, FL 33606



Tampa | South Florida

**From:** FBI.FOIPA.NEGOTIATION [mailto:FBI.FOIPA.NEGOTIATION@FBI.GOV]
**Sent:** Wednesday, October 03, 2018 3:18 PM
**To:** Mark R. Caramanica
**Subject:** RE: FOIA Request 1337501-000

Thank you for getting this to me. I will upload into case. A letter will be forthcoming documenting the guidance you've provided for the request to be processed.
Sincerely,
Ms. Wilson

**From:** Mark R. Caramanica [mailto:mcaramanica@tlolawfirm.com]
**Sent:** Wednesday, October 03, 2018 3:15 PM
**To:** FBI.FOIPA.NEGOTIATION <FBI.FOIPA.NEGOTIATION@FBI.GOV>
**Subject:** RE: FOIA Request 1337501-000

Ms. Wilson,

Attached is the authorization letter the FBI has requested.

Regards,

Mark R. Caramanica
Thomas & LoCicero PL
Focused on Business Litigation, Media and IP Law
Member of The National Association of Minority and Women Owned Law Firms, Inc. (NAMWOLF®)

mcaramanica@tlolawfirm.com | tlolawfirm.com

ph: 813.984.3060 | direct: 813.984.3073
fax: 813.984.3070 | toll-free: 866.395.7100
601 South Boulevard, Tampa, FL 33606


Tampa | South Florida

-----Original Message-----
From: FBI.FOIPA.NEGOTIATION [mailto:FBI.FOIPA.NEGOTIATION@FBI.GOV]
Sent: Friday, September 28, 2018 12:15 PM
To: Mark R. Caramanica
Subject: FOIA Request 1337501-000

Good afternoon Mr. Caramanica,

We had spoken last week and confirmed how you wanted this FOIA request to proceed. I then was informed that we had not received documentation which established you as authorized to have proceeded with these discussions. This was mentioned to you when you contacted the Public Information Office. I left a message last week, after your receptionist said you had just left for lunch. I do need this documentation in order to proceed with the request as we discussed on the 21st.

You can respond to this email with the document as an attachment, or fax it to 540-868-4997.

Thank you and do let me know if there is any problem with providing this.

Respectfully,

Ms. Wilson
Negotiation Team
FOIA Support Unit
Information Management Division
Federal Bureau of Investigation
540-868-4894
Status check? Please contact Public Information Officer at foipaquestions@fbi.gov.

Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

## Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

## Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

## Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

## Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.